**Lawrence Lindgren, appellee, v. Frank Parmelee Company, appellant. Gen. No. 24,768.**

Action to recover damages for injury to automobile in collision with defendant's wagon. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

Homer K. Galpin, for appellant. John F. Bolton, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Bessie Berger, appellee, v. Israel Berger and Tillie Berger, appellants. Gen. No. 24,853.**

Ejectment to recover possession of flat. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919. Rehearing denied December 16, 1919.

William L. Martin, for appellants. William Slack and Abram E. Adelman, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**F. B. Van Wormer, appellee, v. London Guarantee & Accident Company, appellant. Gen. No. 25,158.**

Action to recover for medical services rendered injured employees of defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.

J. C. M. Clow, for appellant. Exselsen, Peacock & Wollesen, for appellee.

---

**Stohn Bros., Inc., appellee, v. Philip A. Naughten, appellant. Gen. No. 25,180.**

Action to recover damages for goods sold to third party upon false representations by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.

Charles W. Lamborn, for appellant. Gilbert F. Wagner, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.